# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00670-RJC-DSC

| | |
|---|---|
| **KIMBERLY SLATER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BIOMET INC., et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice [for Matthew Thomas Albaugh and Erica Kay Drew]" (documents ## 202 and 203) filed December 26, 2018. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: December 27, 2018

_____
David S. Cayer
United States Magistrate Judge