IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00670-RJC-DSC

| KIMBERLY SLATER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BIOMET INC., et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission of Andrew J. Cross *Pro Hac Vice*" (document # 207) and "Motion for Admission of Jeffrey J. Lowe *Pro Hac Vice*" (document # 208) filed January 16, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 16, 2019

David S. Cayer
United States Magistrate Judge