# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00670-RJC-DSC

| | |
|---|---|
| **KIMBERLY SLATER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BIOMET INC. et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Consent Motion to Modify Pretrial Order and Case Management Plan [by extending Mediation Deadline]" (document # 212) filed February 14, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>. The mediation deadline is extended to July 1, 2019.

<u>The parties are cautioned that this extension will not serve as a basis for extensions of other deadlines or settings</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 14, 2019

David S. Cayer
United States Magistrate Judge