IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

KIMBERLY SLATER,

        Plaintiff,

VS.

BIOMET INC. et al.,

        Defendants.

CASE NO. 3:18-cv-00670-RJC-DSC

# ORDER GRANTING CONSENT MOTION TO MODIFY PRETRIAL ORDER AND CASE MANAGEMENT PLAN

The Court having considered the parties' Consent Motion to Modify Pretrial and Case Management Plan and being duly advised in the premises, now **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the schedule for the captioned case be modified as follows:

| Task | Current Deadline | Modified Deadline |
|---|---|---|
| Deadline to reschedule deposition of Plaintiff's expert Dr. Nunley | Originally set for 12/16/19 | 1/30/20 |
| Dispositive motions due | 12/31/19 | 2/15/20 |
| Oral Argument on MSJ | 1/28/20 | 3/25/20 |

**SO ORDERED**.

Signed: January 10, 2020

_____
David S. Cayer
United States Magistrate Judge