UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-670-RJC-DSC

| KIMBERLY SLATER, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
|  | ) ORDER |
| BIOMET, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court upon the parties' Stipulation of Dismissal without Prejudice filed by Plaintiff Kimberly Slater ("Plaintiff") and the Defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, and Biomet Manufacturing Corp. (n/k/a Biomet Manufacturing, LLC) ("Defendants").

Having reviewed the Stipulation, the Court notes that Plaintiff reserves the right to refile should the parties' efforts to resolve the case fail, but has agreed to exhaust and conclude good faith efforts to resolve the case out of court before any potential refiling. The parties have agreed that any applicable statute of limitations will be tolled, and that the tolling period will end 120 days after the date of the notice. Furthermore, each party has agreed to bear its own costs and attorneys' fees.

**IT IS ORDERED** that case is **DISMISSED** without prejudice.

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge