UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-670-RJC-DSC

| | |
|---|---|
| KIMBERLY SLATER, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| BIOMET, INC., et al., ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Convert Dismissal without Prejudice to Dismissal with Prejudice (the "Motion"). (Doc. No. 232). On October 21, 2020, Plaintiff and Defendants filed a Stipulation of Dismissal without Prejudice. (Doc. No. 230). Thereafter, the Court issued an Order dismissing this case without prejudice on October 23, 2020. (Doc No. 231). On February 11, 2022, Plaintiff and Defendants filed the Motion, jointly requesting the Court to "convert the dismissal of this case to a dismissal with prejudice" because the "case has been fully funded." (Doc. No. 232). By consent of the parties, **IT IS, THEREFORE, ORDERED** that:

1. The parties' Joint Motion to Convert Dismissal without Prejudice to Dismissal with Prejudice (Doc. No. 232) is **GRANTED**; and
2. This case is **DISMISSED WITH PREJUDICE**.

Signed: March 3, 2022

Robert J. Conrad, Jr.
United States District Judge